RECEIVED
JAN 11 2010
AT 8:30
WILLIAM T. WALSH
CLERK
M

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THE GUARANTEE COMPANY OF NORTH AMERICA USA, <br><br> Plaintiff, <br><br> vs. <br><br> SBN ENTERPRISES, INC., CHRISTAKIS KARAMANOS, CHRISTALLO KARAMANOS, AND THE KARAMANOS IRREVOCABLE FAMILY TRUST <br><br> Defendants. | Civil Action No.: 09-5399 (JAP) <br><br><br><br> **STIPULATION AND ORDER ADJOURNING ORDER TO SHOW CAUSE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as follows:

1. By Order to Show Cause signed by the Hon. Joel A. Pisano, U.S.D.J. on October 27, 2009, a hearing on Plaintiff The Guarantee Company of North America USA's ("Plaintiff") order to show cause seeking a preliminary injunction and other relief against Defendants SBN Enterprises, Inc., Christakis Karamanos, Christallo Karamanos and the Karamanos Irrevocable Family Trust ("Defendants") was returnable December 21, 2009, (the "Order to Show Cause Hearing"), and by Stipulation and Orders was adjourned to January 7, 2010.

2. By consent of the parties and order of the Court, the January 7, 2010 return date for the Order to Show Cause Hearing is adjourned to January 21, 2010 at 9:30 a.m.

3. The Order to Show Cause signed by the Hon. Joel A. Pisano, U.S.D.J. on October 27, 2009, shall remain in full force and effect, including, without limitation, the restraints

ordered against the Defendants pending the hearing on the Plaintiff's preliminary injunction and

other relief.

    3.      Defendants' opposition papers shall be served and filed by January 14, 2010, and

Plaintiff's reply shall be served and filed by January 20, 2010.


Dated: January 11, 2010


By:    Richard E. Wenger, Esq.

Hedinger & Lawless, LLC
147 Columbia Turnpike
Florham Park, New Jersey 07932
*Attorneys for Defendants*

By:  Adam R. Schwartz

McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Ave., P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
*Attorneys for Plaintiff*


**SO ORDERED:**

_____
                           , U.S.D.J.